EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Orlando Torres Trinidad | 2008 TSPR 77 <br><br> 174 DPR \_\_\_\_ |

Número del Caso: AB-2007-112

Fecha: 25 de abril de 2008

 Abogado de la Parte Peticionaria:

Por Derecho Propio

Oficina de Inspección de Notarías:

Lcda. Lourdes I. Quintana Lloréns
Directora Ejecutiva

Materia: Incumplimiento a los requerimientos del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Orlando Torres Trinidad

AB-2007-112

PER CURIAM

San Juan, Puerto Rico, a 25 de abril de 2008

El 13 de abril de 2007 el Sr. Roberto Torres Lebrón presentó una queja contra el Lcdo. Orlando Torres Trinidad. La Secretaria del Tribunal Supremo notificó el 18 de mayo de 2007, mediante correo certificado, la queja al licenciado Torres Trinidad. Mediante dicha comunicación se le concedió el término de diez días para que, por escrito, compareciera con sus comentarios a la queja presentada. Éste no compareció.

Nuevamente, y mediante correo certificado, el 28 de junio de 2007 la Secretaria del Tribunal Supremo le concedió un término adicional de diez días. En esta segunda notificación le advirtió al licenciado Torres Trinidad que de no comparecer en

el término concedido, el asunto sería referido al Tribunal para procedimientos ulteriores. El licenciado Torres Trinidad, nuevamente, hizo caso omiso de dicho requerimiento.

Referido el asunto a nuestra atención, el 1 de agosto de 2007 emitimos una Resolución en la cual le concedimos un término de diez días para contestar la queja presentada en su contra. Le apercibimos que el incumplimiento con dicha Resolución podría conllevar sanciones disciplinarias severas, incluyendo la suspensión al ejercicio de la profesión. Dicha Resolución fue notificada personalmente a Torres Trinidad el 27 de agosto de 2007. Al día de hoy, éste no ha comparecido.

I

Uno de los compromisos que asume cada uno de los abogados que presta juramento ante este Tribunal está relacionado con la facultad inherente de este Foro de reglamentar el ejercicio de la abogacía. Se trata del deber de todo abogado de atender y cumplir con los requerimientos y órdenes de este Tribunal. Sobre este particular, hemos sido enfáticos al señalar que la naturaleza y práctica de la abogacía requiere una escrupulosa atención y obediencia a las órdenes de este Tribunal, particularmente en la esfera de conducta profesional.

Asimismo, hemos expresado en innumerables ocasiones que el compromiso de todo abogado de mantener y contribuir a un orden jurídico íntegro y eficaz, con el propósito de

lograr la más completa confianza y apoyo de la ciudadanía, se extiende no sólo a la esfera de la litigación de causas, sino a la jurisdicción disciplinaria de este Tribunal. *In re*: *Ríos Acosta*, 143 D.P.R. 128 (1997). A tono con lo anterior, hemos señalado que, independientemente de los méritos de las quejas presentadas en contra de un abogado, éste tiene la obligación ineludible de responder prontamente a nuestros requerimientos. *In re*: *Rodríguez Mena*, 126 D.P.R. 202 (1990).

Debe mantenerse presente que la desatención a las órdenes de este Tribunal constituye una violación al Canon 9 del Código de Ética Profesional, en lo relativo a la exigencia de respeto hacia los tribunales. *In re*: *Salichs Martínez*, 131 D.P.R. 481 (1992). Demás está decir que en estas situaciones, de renuencia a cumplir con nuestras órdenes, procede la suspensión temporal o indefinida del ejercicio de la abogacía. *In re*: *Osorio Díaz*, 146 D.P.R. 39 (1998); *In re*: *González Albarrán*, 139 D.P.R. 543 (1995); *In re*: *Serrano Mangual*, 139 D.P.R. 602 (1995); *In re*: *Bonaparte Rosaly*, 131 D.P.R. 908 (1992); *In re*: *Colón Torres*, 129 D.P.R. 490 (1991).

II

Resulta obvio que a Orlando Torres Trinidad no le interesa seguir ejerciendo la honrosa profesión de abogado por lo que procede que decretemos la separación, inmediata

<u>e  indefinida</u>, de éste del ejercicio de la abogacía en nuestra jurisdicción.

Se dictará Sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Orlando Torres Trinidad

AB-2007-112

SENTENCIA

San Juan, Puerto Rico, a 25 de abril de 2008

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte íntegra de la presente, se dicta Sentencia decretando la suspensión, inmediata e indefinida, de Orlando Torres Trinidad del ejercicio de la abogacía en nuestra jurisdicción hasta que otra cosa disponga este Tribunal.

Le imponemos a éste el deber de notificar a todos sus clientes de su inhabilidad de seguir representándolos e informar oportunamente de su suspensión indefinida a los foros judiciales y administrativos del País. Deberá, además, certificarnos dentro del término de treinta días a partir de su notificación el cumplimiento de estos deberes, notificando también al Procurador General.

La Oficina del Alguacil del Tribunal Supremo deberá, de inmediato, incautarse de la obra notarial del Orlando Torres Trinidad y entregarla a la Oficina de Inspección de Notarías para el examen e informe correspondiente a este Tribunal.

Esta Resolución deberá ser notificada personalmente por la Oficina del Alguacil del Tribunal Supremo.

Así lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo